UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

January 04, 2022

Ms. Erica Rachel Day
Mr. Scott E. Ortiz
Williams, Porter, Day & Neville
159 North Wolcott Street, Suite 400
Casper, WY 82601

**RE:** 21-8069, Sanchez v. Corizon Health
Dist/Ag docket: 2:20-CV-00109-ABJ

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The bookmarks contained in the appendix do not adequately identify the pleadings. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19). Bookmarks should clearly identify the district court docket number, the pleading name, and the date of filing in the district court (for example: 10 Response to Motion: 2/10/2013).

You must file a proper electronic appendix within three days of the date of this notice. Do not file paper copies of your appendix [or brief} until the court has received the corrected electronic appendix and issued notice it is compliant.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The corrected appendix must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellee's corrected appendix.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient appendix will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Douglas Wade Bailey
Henry F. Bailey Jr.

CMW/sds