FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**January 5, 2022**

Christopher M. Wolpert
Clerk of Court

---

FRANCISCO SANCHEZ,

    Plaintiff - Appellant,

v.

CORIZON HEALTH, INC.,

    Defendant - Appellee.

No. 21-8069
(D.C. No. 2:20-CV-00109-ABJ)
(D. Wyo.)

---

**ORDER**

---

This matter is before the court on the appellant's Stipulated Motion to Seal Volume I of Appellant's Appendix (the "Motion"). The appellant seeks leave of court to seal Volume I of his appendix, which was filed electronically on December 6, 2021, with paper copies received December 8, 2021. The appellant belatedly noticed that unredacted versions of documents covered by a protective order in the district court were submitted as part of his appendix. We note that Volume I of the appendix also contains documents that were not subject to the protective order below and do not appear to be documents that ordinarily would be sealed in this court. Volume I of the appendix thus includes a mix of documents that may be appropriate for protection from public viewing with documents that may not. As noted in the title, the appellee does not oppose the Motion.

Upon consideration, the Motion is referred to the panel of judges that will be assigned later to consider the merits of this appeal. In the meantime, the clerk is directed

to file Volume I of the appellant's appendix under seal, both in its electronic and hard copy forms, pending a final decision by the court on the relief requested.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        *Lara Smith*

        by: Lara Smith
           Counsel to the Clerk